UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID ROBERTS,<br><br>   Plaintiff,<br><br>  v.<br><br>FRANCO, et al.<br><br>   Defendants. | 1:20-cv-00851-HBK (PC)<br><br>ORDER GRANTING APPLICATION TO PROCEED *IN FORMA PAUPERIS*<br><br>(Doc. No. 7)<br><br>ORDER DIRECTING PAYMENT OF INMATE FILING FEE BY THE WASCO STATE PRISON |

   Plaintiff, a prisoner, initiated this action on February 3, 2020, by filing a *pro se* civil rights complaint pursuant to 42 U.S.C. § 1983. (Doc. No. 1, Complaint). This matter was transferred from the Central District to the Eastern District of California on June 19, 2020. Plaintiff moved to proceed *in forma pauperis* and submitted a copy of his prison trust fund statement in support. (Doc. Nos. 7, 15). Plaintiff has made the showing required by § 1915(a) to proceed *in forma pauperis* but remains obligated to pay the statutory filing fee of $350.00 for this action. 28 U.S.C. § 1915(b)(1). Plaintiff is obligated to make monthly payments in the amount of twenty percent (20%) of the preceding month's income credited to Plaintiff's trust account. 28 U.S.C. § 1915(b)(2). The Warden of the Wasco State Prison is required to send to the Clerk of the Court payments from plaintiff's account each time the amount in the account exceeds $10.00, until the statutory filing

fee is paid in full. *Id*.

Accordingly, it is now ORDERED:

1. Plaintiff's motion to proceed *in forma pauperis* (Doc. No. 7) is **GRANTED**.

2. **Pursuant to 28 U.S.C. § 1915 (b)(1) The Wasco State Prison Warden or his designee shall collect payments from Plaintiff's prison trust account in an amount equal to twenty percent (20%) of the preceding month's income credited to the prisoner's trust account and shall forward those payments to the Clerk of the Court each time the amount in the account exceeds $10.00 until a total of $350.00 has been collected and forwarded to the Clerk of the Court. The payments shall be clearly identified by Plaintiff's name and the case number assigned to this action.**

3. The Clerk of the Court is directed to serve a copy of this Order and a copy of Plaintiff's *in forma pauperis* application (Doc. No. 7) on the Warden of the Wasco State Prison located at 701 Scofield Ave, Wasco, CA 93280.

4. The Clerk of the Court is directed to serve a copy of this Order on the Financial Department, U.S. District Court, Eastern District of California, Sacramento Division.

IT IS SO ORDERED.

Dated:   March 15, 2021

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE