**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DAVID NATHANIEL ROBERTS,<br><br>        Plaintiff,<br><br>    v.<br><br>FRANCO, HUCKLEBERRY,<br><br>        Defendants. | Case No. 1:20-cv-00851-JLT-HBK (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS; DISMISSING ACTION WITHOUT PREJUDICE; CLOSING CASE |

David Roberts is a state prisoner proceeding pro se in this civil rights action filed pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302. The magistrate judge recommended that the Court dismiss this action due to Plaintiff's failure to prosecute it because he failed to file an amended complaint as the screening order required. (*See* Docs. 27, 29.) Plaintiff filed objections in which he asked that the Court not dismiss his case because: (1) sometimes Plaintiff does not have envelopes to mail his response to Court orders, (2) the crux of Plaintiff's complaint is excessive force resulting in injury, and (3) Plaintiff did not receive a blank civil rights complaint form from the Clerk of Court as directed by the screening order. (Doc. 30.) In an abundance of caution, in an order issued April 26, 2023, the Court held the findings and recommendations in abeyance and afford Plaintiff one last opportunity to comply with the screening order, giving him 21 days to either: (a) file a Second Amended Complaint; (b) file a Notice that he intends to stand on the

amended complaint as screened; or (c) file a Notice to voluntarily dismiss this action without prejudice under Fed. R. Civ. P. 41. (Doc. 31.) Plaintiff was warned that if he failed to timely comply with the Court's order or seek an extension to comply, the Court "***will dismiss*** this action for Plaintiff's failure to comply with this Court Order and [failure to] prosecute this action *without further notice.*" (*Id*. at 3 (emphasis in original).)

It has now been more than five weeks since the April 26, 2023 order issued. Plaintiff has failed to respond in any way. Therefore, it is **ORDERED** that:

1. The findings and recommendations issued April 11, 2023, (Doc. 29), are **ADOPTED IN FULL**.
2. This action is **DISMISSED** without prejudice for Plaintiff's failure to obey court orders and failure to prosecute.
3. The Clerk of Court is directed to **CLOSE THIS CASE**.

IT IS SO ORDERED.

Dated:   **June 6, 2023**

UNITED STATES DISTRICT JUDGE